[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-11294

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MICHAEL PAUL GIANFRANCESCO,
a.k.a. Bwc694200,
a.k.a. M.H.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

2                          Opinion of the Court                          23-11294

D.C. Docket No. 9:22-cr-80127-DMM-5

_____

Before WILLIAM PRYOR, Chief Judge, and BRASHER and ABUDU, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350–53 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily).